No. 78–986. ARKANSAS LOUISIANA GAS CO. *v.* HALL ET AL., 444 U. S. 878. Petition for rehearing denied. MR. JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 79–1428. A. H. ROBINS CO., INC., ET AL. *v.* ROSS ET AL., 446 U. S. 946. Petition for rehearing denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

### JULY 11, 1980

No. 79–1665. PIPER AIRCRAFT CORP. *v.* DAVIS, EXECUTOR. C. A. 4th Cir. Certiorari dismissed under this Court's Rule 53.

### JULY 14, 1980

No. 79–1943. ALESSI ET AL. *v.* RAYBESTOS-MANHATTAN, INC., ET AL. C. A. 3d Cir. Certiorari dismissed as to petitioner Vogt under this Court's Rule 53.

### AUGUST 11, 1980

No. 78–630. WASHINGTON ET AL. *v.* CONFEDERATED TRIBES OF THE COLVILLE INDIAN RESERVATION ET AL., 447 U. S. 134;

No. 78–1729. UNITED STATES *v.* PAYNER, 447 U. S. 727;

No. 79–305. UNITED STATES *v.* HAVENS, 446 U. S. 620;

No. 79–421. BRYANT ET AL. *v.* YELLEN ET AL., 447 U. S. 352;

No. 79–425. CALIFORNIA ET AL. *v.* YELLEN ET AL., 447 U. S. 352;

No. 79–435. IMPERIAL IRRIGATION DISTRICT ET AL. *v.* YELLEN ET AL., 447 U. S. 352; and

No. 79–1101. CATALANO, INC., ET AL. *v.* TARGET SALES, INC., ET AL., 446 U. S. 643. Petitions for rehearing denied.